Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Peak Holdings, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **75-3093406** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3639 Ambassador Caffery Pkwy., Suite 201**  **Lafayette, LA 70503**  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lafayette**  County | **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Peak Holdings, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | \_\_\_\_ | When | \_\_\_\_ | Case number | \_\_\_\_ |
| District | \_\_\_\_ | When | \_\_\_\_ | Case number | \_\_\_\_ |

| Debtor | **Peak Holdings, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3
24-50489 - #1  File 06/07/24  Enter 06/07/24 16:45:48  Main Document  Pg 3 of 12

| Debtor | Peak Holdings, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

      ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
      ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
      ■ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Peak Holdings, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 7, 2024**
　　　　　　　MM / DD / YYYY

**X** **/s/ James Collier**　　　　　　　　　　　　　　**James Collier**
Signature of authorized representative of debtor　　　Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ H. Kent Aguillard**　　　　　　　　　　　Date **June 7, 2024**
Signature of attorney for debtor　　　　　　　　　　　　MM / DD / YYYY

**H. Kent Aguillard**
Printed name

**H. Kent Aguillard**
Firm name

**141 S. 6th Street**
**Eunice, LA 70535**
Number, Street, City, State & ZIP Code

Contact phone  **337-457-9331**　　　Email address  **kent@aguillardlaw.com**

**02354 LA**
Bar number and State

AGK Energy LLC
705 Camelot Lane
Houston, TX 77024


Allen & Company / John Simon
3110 Southfork Rd.
Cody, WY 82414


Brazoria Peak LLC
3639 Ambassador Caffery, Ste 201
Lafayette, LA 70503


Brown University / Dennis Voda
121 S. Main St., 9th Floor
Providence, RI 02903


Bruce Allen
711 Fifth Avenue
New York, NY 10022


Castle Peak Resources LLC
Attn: Bill Templeton
8401 N. Central Expressway
Suite 525
Dallas, TX 75225


Christine Carton
675 Sanctuary Dr.
Boca Raton, FL 33431


CL&F Resources LP
111 Veterans Memorial Blvd.
Suite 500
Metairie, LA 70005


Columbia Fernwood
3310 St. Malo Court
Palm Beach Gardens, FL 33410

Dana Carton
1225 S. Ocean Blvd, Apt. 504
Delray Beach, FL 33483


Date BS, LLC
4402 Wigton
Houston, TX 77096


Dept of Environment Quality
602 N. 5th St.
Baton Rouge, LA 70802


Dept. of Conservation
617 N. 3rd St.
Lasalle Bldg, 9th floor
Baton Rouge, LA 70802


Dr. Anthony Caprio
P.O. Box 833
Wilbraham, MA 01095


Environmental Protection Agency
1201 Elm St., Ste. 500
Dallas, TX 75270


Galveston Energy, LLC
5228 Jamaica Beach
Galveston, TX 77554


Houston Energy LP
1200 Smith, Suite 2400
Houston, TX 77002


Howard Energy Co, Inc.
20 NW Cherry Loop
Seattle, WA 98177

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


James Quinn
711 Fifth Avenue
New York, NY 10022


John Simon
c/o Allen & Company
711 Fifth Ave.
New York, NY 10022


LA Department of Revenue
P.O. Box 3440
Baton Rouge, LA 70821


LLTX, LLC
100 Ochsner Blvd. Ste 100
Covington, LA 70433


Manti Equity Partners, LP
P.O. Box 2907
Corpus Christi, TX 78403


MST2 Kenan Harden
USCG MSD Lafayette
315 S. College Rd., Ste. 195
Lafayette, LA 70503


On-Line Production LLC
12 Esquire
San Antonio, TX 78257


Paul A. Gould
711 Fifth Ave.
New York, NY 10022

```
Peak Management
3639 Ambassador Caffery, Ste 201
Lafayette, LA 70503



Peter Carton
12910 Lomas Verdes Dr.
Poway, CA 92064



Prep Assets LLC
3639 Ambassador Caffery, Ste 201
Lafayette, LA 70503



Quantum Strategies LLC
Attn:  Peter Mitchell
P.O. Box 1370
Vail, CO 81658



Ralph B. Salomon
810 Seventh Ave., 7th floor
New York, NY 10019



Richard E. Salomon
534 Island Dr.
Palm Beach, FL 33480



Robert Salomon
51 E. Campbell Ave., Ste 101G
Campbell, CA 95008



Russo Exploration, LLC
P.O. Box 548
Broussard, LA 70518



Shelf Energy, LLC
3639 Ambassador Caffery, Ste 202
Lafayette, LA 70503
```

Stanton Oil & Gas LLC
308 Sawgrass Lane
Broussard, LA 70518


Terry Allen Kramer
214 Plantation Road
Palm Beach, FL 33480


The Termo Company
P.O. Box 2767
Long Beach, CA 90801


Trust Investors VII, LLC
3300 University Blvd, Suite 218
Winter Park, FL 32792


U.S. Coastguard
800 David Dr., Room 258
Morgan City, LA 70380


US Small Business Administration
Office of District Counsel
500 Poydras St., Suite 828
New Orleans, LA 70130


Vermilion Parish School Board
220 South Jefferson Street
Abbeville, LA 70510


Vermilion Parish Sheriff
P.O. Box 307
Abbeville, LA 70511


Vermilion Peak Assets
1203 West Bayou Parkway
Lafayette, LA 70503

W. Mike Palmer Consulting, LLC
16817 Gray Heirs Road
Lake Ann, MI 49650


William Bradford Mosing
205 Old Settlement Rd.
Lafayette, LA 70508


William Leimkuhler
43 Salem Straits Road
Darien, CT 06820

In re **Peak Holdings, LLC**
Debtor(s)

Case No.
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Peak Holdings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 7, 2024**
Date

/s/ H. Kent Aguillard
**H. Kent Aguillard**
Signature of Attorney or Litigant
Counsel for **Peak Holdings, LLC**
**H. Kent Aguillard**
**141 S. 6th Street**
**Eunice, LA 70535**
**337-457-9331 Fax:337-457-2917**
**kent@aguillardlaw.com**